948

■ In the Matter of FREDERICK S. CARR, Appellant, v. PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent.— Motion by appellant for leave to appeal as a poor person denied. The papers submitted on this motion fail to show any merit in the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ In the Matter of the Construction of the Will of MARGARET HARRIES, Deceased. ROBERT HARRIES, Appellant; GENEVIEVE B. HALL, as Administratrix, C. T. A., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of GEORGE H. SCHULTZ et al., Respondents, v. JULIAN LIBERMAN et al., Constituting the Zoning Board of Appeals of the Town of Greenburgh, Appellants.— On the call of the calendar, appeal dismissed; there being no appearance for appellants and appellants having failed to comply with the order of this court, dated September 19, 1960, requiring them to perfect their appeal for the November 1960 Term. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, v. SAMUEL TURCHIN, an Attorney, Respondent.— Motion by respondent for leave to appeal to the Court of Appeals from an order confirming the Official Referee's report and disbarring him, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ LORRAINE OVERTON, Appellant, v. LEO B. SMYKLA, Respondent.— Motion by appellant for leave to dispense with printing on the appeal, granted. The appeal will be heard on a typewritten record and on appellant's typewritten brief. Such brief should include a copy of the opinion, if any, rendered by the court below. The appellant is directed to file one copy of the typewritten record and six copies of her typewritten brief and to serve one copy of each on respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CALLOWAY, Appellant.— Motion by defendant (appellant) to reverse a judgment of the County Court, Queens County, rendered April 8, 1959, convicting him of the crimes of burglary in the third degree and petit larceny, and for a new trial. Defendant makes the motion on the ground that he has been deprived of his statutory right of appeal because of the unreasonable delay in the filing of the transcript of the trial minutes after he had filed his notice of appeal. Motion granted; judgment reversed on the law and new trial granted. The findings of fact made in the trial court have not been considered. On December 5, 1960, defendant made a prior motion for the same relief, based on the ground that a copy of the stenographic minutes of the trial had not yet been filed by the stenographer in the office of the Clerk of the court, as required by section 456 of the Code of Criminal Procedure. Said prior motion was denied by this court on December 15, 1960, "without prejudice to renewal in the event that the typewritten transcript be not made available to appellant by January 5, 1961," the appeal being ordered on the calendar for the February 1961 Term. Said minutes not having been filed, the defendant, on January 30, 1961, made the instant motion. In response thereto, the District Attorney concedes that a transcript of the minutes of the trial is still unavailable. Under the circumstances, there is no alternative other than to order a new trial (cf. People v. De Mayo, 2 A D 2d 985). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.